MICHAEL BAILEY
United States Attorney
District of Arizona
MARK J. WENKER
Assistant United States Attorney
Arizona State Bar Number 018187
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Mark.Wenker@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

1. FNH USA LLC FNX-9 Pistol CAL:9
   SN: FX1U008820;

2. Glock Inc 43 Pistol CAL:9
   SN: ZZY669;

3. Winchester 12 Shotgun CAL:12
   SN: 12AZM02995;

4. CZ USA EVO3S1 Pistol CAL:
   Unknown SN: B792193;

5. Glock Inc 17GEN4 Pistol CAL:9
   SN: VAB297;

6. Glock Inc. 21GEN4 Pistol CAL:45
   SN: SSA508;

7. FNH USA, LLC 509 Pistol CAL:9
   SN: GKS0048186;

8. Mossberg 590 Shotgun CAL:12
   SN: V0629035;

9. Sig-Sauer P320 Pistol CAL:9
   SN: 58A096138;

10. Kimber Eclipse Custom II Pistol
    CAL:10 SN: KF35460;

**VERIFIED COMPLAINT FOR
FORFEITURE *IN REM***

11. Sig Sauer (Sig-Arms) 1911 Pistol CAL:45 SN: 54B045918;

12. Noveske Rifleworks LLC N4 Pistol CAL:223 SN: B10769;

13. Century Arms International C39V2 Rifle CAL:762 SN: C39V2A2825;

14. Mega Machine Shop Inc Maten Rifle CAL:Multi SN: MA01787;

15. Joe Bob Outfitters, LLC ML-15 Pistol CAL:Multi SN: KS01574;

16. Sig-Sauer P320 Pistol CAL:9SN:None

17. Joe Bob Outfitters, LLC ML-15 Rifle CAL:Multi SN: KS02006;

18. Ruger 10/22 Rifle CAL:22 SN: 82050742;

19. Savage Arms Inc (CD) 93R17 Rifle CAL:17HMR SN: 0934198;

20. Sig-Sauer (Sig-Arms) P320 Pistol CAL:9 SN: None;

21. Oregon Arms Inc. (Prospect, OR) Chipmunk Rifle CAL:22 SN: 966;

22. Ruger SR-22 Pistol CAL:22 SN: 367-33419;

23. Ruger 22/45 Pistol CAL:22 SN: 39104328;

24. Glock Inc.19 Pistol CAL:9 SN:VRT802;

25. Glock Inc. 34GEN4 Pistol CAL:9 SN: YSE298;

26. F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN: 386355568;

27. Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN: 2165;

28. Glock Inc. 21 Pistol CAL:45 SN: UHZ708;

29. FNH USA LLC FNX-45 Pistol
CAL:45  SN: FX3U050399,

Defendants.

Plaintiff United States of America brings this complaint and alleges as follows in accordance with Rule G(2) of the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions:

## BASIS FOR FORFEITURE

1.     This is a civil action *in rem*, brought to enforce the provisions of 18 U.S.C. § 924(d) for the forfeiture of firearms or ammunition involved in a violation of engaging in the business of dealing in firearms without a license, 18 U.S.C. §§ 922(a)(1)(A) and 924(a).

## JURISDICTION AND VENUE

2.     This Court has jurisdiction because the United States commenced this action and because it seeks forfeiture. 28 U.S.C. §§ 1345, 1355(a).  Venue is proper in this District because acts or omissions giving rise to forfeiture occurred in this District. 28 U.S.C. § 1355(b)(1)(A).

## DEFENDANTS IN REM

3.     The Defendants consists of the following:

| No | Asset ID | Description | Date Seized | Seized From |
|----|----------|-------------|-------------|-------------|
| 1. | 19-ATF-012025 | FNH USA LLC FNX-9 Pistol CAL:9 SN:FX1U008820 | 02/14/19 | Jeffrey Gentner 2565 Laughlin View Dr Bullhead City, AZ |
| 2. | 19-ATF-012026 | Glock Inc 43 Pistol CAL:9 SN:ZZY669 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 3. | 19-ATF-012028 | Winchester 12 Shotgun CAL:12 SN:12AZM02995 | 02/14/19 | Jeffrey Gentner 2565 Laughlin View Dr Bullhead City, AZ |
| 4. | 19-ATF-012029 | CZ USA EVO3S1 Pistol CAL:Unknown  SN:B792193 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |

| 5. | 19-ATF-012031 | Glock Inc 17GEN4 Pistol CAL:9 SN:VAB297 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
|---|---|---|---|---|
| 6. | 19-ATF-012032 | Glock Inc. 21GEN4 Pistol CAL:45 SN:SSA508 | 02/14/19 | Jeffrey Gentner 2565 Laughlin View Dr Bullhead City, AZ |
| 7. | 19-ATF-012033 | FNH USA, LLC 509 Pistol CAL:9 SN:GKS0048186 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 8. | 19-ATF-012034 | Mossberg 590 Shotgun CAL:12 SN:V0629035 | 02/14/19 | Jeffrey Gentner 2565 Laughlin View Dr Bullhead City, AZ |
| 9. | 19-ATF-012035 | Sig-Sauer P320 Pistol CAL:9 SN:58A096138 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 10. | 19-ATF-012037 | Kimber Eclipse Custom II Pistol CAL:10 SN:KF35460 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 11. | 19-ATF-012038 | Sig Sauer (Sig-Arms) 1911 Pistol CAL:45 SN:54B045918 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 12. | 19-ATF-012040 | Noveske Rifleworks LLC N4 Pistol CAL:223 SN:B10769 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 13. | 19-ATF-012043 | Century Arms International C39V2 Rifle CAL:762 SN: C39V2A28253 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 14. | 19-ATF-012045 | Mega Machine Shop Inc Maten Rifle CAL:Multi SN:MA01787 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 15. | 19-ATF-012048 | Joe Bob Outfitters, LLC ML-15 Pistol CAL:Multi SN:KS01574 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 16. | 19-ATF-012049 | Sig-Sauer P320 Pistol CAL:9 SN:None | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 17. | 19-ATF-012051 | Joe Bob Outfitters, LLC ML-15 Rifle CAL:Multi SN:KS02006 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 18. | 19-ATF-012052 | Ruger 10/22 Rifle CAL:22 SN:82050742 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 19. | 19-ATF-012053 | Savage Arms Inc (CD) 93R17 Rifle CAL:17HMR SN:0934198 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr |

| | | | | Bullhead City, AZ |
|---|---|---|---|---|
| 20. | 19-ATF-012054 | Sig-Sauer (Sig-Arms) P320 Pistol CAL:9 SN:None | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 21. | 19-ATF-012055 | Oregon Arms Inc. (Prospect, OR) Chipmunk Rifle CAL:22 SN:966 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 22. | 19-ATF-012059 | Ruger SR-22 Pistol CAL:22 SN:367-33419 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 23. | 19-ATF-012060 | Ruger 22/45 Pistol CAL:22 SN:39104328 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 24. | 19-ATF-012061 | Glock Inc. 19 Pistol CAL:9 SN:VRT802 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 25. | 19-ATF-012063 | Glock Inc. 34GEN4 Pistol CAL:9 SN:YSE298 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 26. | 19-ATF-012065 | F.N. (FN Herstal) Five-Seven Pistol CAL:57 SN:386355568 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 27. | 19-ATF-012066 | Springfield Armory, Geneseo, IL 1911A1 Pistol CAL:45 SN:216517 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 28. | 19-ATF-012068 | Glock Inc. 21 Pistol CAL:45 SN:UHZ708 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |
| 29. | 19-ATF-012069 | FNH USA LLC FNX-45 Pistol CAL:45 SN:FX3U050399 | 02/14/19 | Jeffrey Gentner 3725 Cimarron Dr Bullhead City, AZ |

## **FACTS**

4.    In October 2018, during the course of a Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) machinegun related investigation, ATF agents recovered an AR-15 variant rifle.  The rifle was field tested and determined to operate as a fully-automatic machinegun.

5.    ATF agents entered the firearm into the ATF database.

6.    The firearm, an Aero Precision Model: X15, Caliber: multi, Type: Rifle, SN: X026672, was purchased by Jeffrey GENTNER (GENTNER) on August 9, 2017

5

from High Desert Heat, a Federal Firearms Licensee (FFL) located in Fort Mohave, Arizona.

7.      ATF agents queried GENTNER through the ATF multiple sales forms and ATF databases.

8.      Agents discovered GENTNER had 12 additional Etraces and 26 multiple sales forms documenting the purchase of 106 firearms.

9.      A total of 6 FFLs were identified between Etrace and multiple sales forms.

10.     Agents conducted a search of GENTNER's name and date of birth in ATF's database.   The search identified GENTNER had been associated with two prior ATF cases.

11.     In 2014, an ATF case was generated for GENTNER for possible violations of 922(a)(1)(A), engaging in the business of dealing in firearms without a license, and GENTNER was contacted by ATF agents for possible violations of 922(a)(1)(A).

12.     During the interview, GENTNER advised he was a firearm enthusiast and was into buying, selling and trading of firearms.

13.     GENTNER stated he enjoyed building AR-15 rifles.

14.     GENTNER confirmed he purchased approximately 30 firearm receivers over the last two years.

15.     ATF agents warned GENTNER that it appeared he was buying and selling firearms without a license and he should discontinue his practices.

16.     The 2014 case was closed with no further actions.

17.     ATF records also showed GENTNER was entered as an associated person in a 2016 ATF case due to GENTNER's purchase of a Ruger 9mm pistol that was recovered in Tijuana, Mexico, with methamphetamine.

18.     A query on GENTNER was conducted through the ATF database to determine if GENTNER had applied for, or received, a Federal Firearms License.

19.     Results showed GENTNER did not have an active or inactive FFL.

20.    A search was conducted of GENTNER on social media.    The search revealed a personal page for GENTNER.

21.    On the Facebook page, agents observed several posts related to shooting, buying, owning and selling firearms.

22.    In one post, GENTNER showed a picture of a new FN Tactical 9mm pistol and in the comment GENTNER stated, "hit up Tony McLean over at Goliath Industries. He is one of my closest friends…"

23.    Agents recognized the FFL Goliath Industries as one of the FFL identified on GENTNER's multiple purchase and Etrace documents.

24.    According to multiple sales reports from 2014 through 2018, GENTNER purchased two to ten firearms per purchase, generating the multiple sales forms.

25.    GENTNER primarily purchased mid-priced pistols, but also purchased revolvers, rifles, and multiple lower receivers.

26.    Many of the firearms GENTNER purchased were multiples of the same or similar firearm make, model and caliber.

27.    GENTNER purchased 106 identified firearms through this time.

28.    Agents made contact with one of the six FFLs identified to request form 4473's for GENTNER's purchases.

**ATF SA Menotti Interview with Mickayla of Mr. Pawn in Bullhead City, Arizona,**

29.    In approximately January of 2019, SA Menotti made contact with the manager (Mickayla) of Mr. Pawn in Bullhead City, Arizona.

30.    Mickayla advised GENTNER had purchased multiple firearms from Mr. Pawn.

31.    Mickayla knew GENTNER personally, but had not seen GENTNER in approximately two years.

32.    Agents requested the 4473s associated with GENTNER's purchases. Mickayla stated it would take them a few days because GENTNER had 33 pages worth of 4473s from their store.

33.   SA Menotti asked Mickayla if she thought GENTNER had purchased firearms from other FFLs.   Mickayla told agents GENTNER did purchase firearms from other FFLs.

34.   Mickayla provided agents with GENTNER's phone number as XXX-XXX-6244.

35.   A query of GENTNER's Arizona driver's license listed GENTNER's address at 3725 Cimarron Dr., Bullhead City, Arizona.

36.   All of GENTNER's current vehicle registrations returned to 3725 Cimarron Dr.

37.   SA Menotti responded to the address at 3725 Cimarron Dr. and observed multiple vehicles parked on the street and in the driveway.

38.   The following vehicles registered to GENTNER were observed at the address: (a) 2006 GMC truck bearing Arizona license plate "GENTNER"; (b) 2005 Cadillac SUV bearing Arizona license plate CFS2090; and, (c) 2004 Chevrolet SUV bearing Arizona license plate CER7865.

**ATF Special Agents Interview with David Eddy**

39.   On January 31, 2019, ATF Special Agents Menotti and Ogg responded to River Rat Motorsports located at 1030 AZ-95, Bullhead City, Arizona 86429 where agents made contact with David Eddy (Eddy).

40.   Agents interviewed Eddy in reference to a Glock Model 19, CAL: 40 Pistol, Serial Number BEHL526 (Glock) recovered in Claremont, California, fifty days after being purchased by Eddy at Mr. Pawn, a Federal Firearms Licensee in Bullhead City, Arizona.

41.   The recovered firearm had been converted to a machinegun using a Glock switch device.

42.   Eddy told agents he recalled purchasing the firearms from Mr. Pawn.

43.   Agents showed Eddy ATF Form 4473 from Mr. Pawn for a Glock purchased on February 1, 2018.

44.   Eddy stated he recalled selling the firearm to a guy in Lake Havasu City, Arizona, about a year ago.

45.   When asked if he could remember who purchased it, Eddy stated it was on his Facebook.

46.   Eddy pulled up his Facebook account and showed agents he sold the Glock Gen 5 to Austin Jolly.

47.   Eddy told agents he sold the firearm around February 4, 2018 (three days after he purchased it).

48.   SA Menotti asked Eddy if he remembered the individual to whom he sold the Glock Model 19 Gen 4.   Eddy attempted to locate the Facebook messenger conversation but was unable to find it while agents were present.

49.   When asked if he was residing at 1065 Citrus Street (address on Form 4473) when he purchased the firearms, Eddy advised that 1065 Citrus Street was his mother's house and that he bounced back and forth between the addresses.

50.   SA Menotti asked if there was anything different or interesting about the Glocks he purchased.   Eddy advised they were "stock."

51.   SA Menotti asked Eddy if he made any changes such as sights or triggers to the firearms.   Eddy stated he had not.

52.   Eddy advised he only owned the Glocks for a couple of months before he sold them.

53.   Eddy further advised he sold the Glocks due to financial difficulties and called his firearm buying a "revolving hobby."

54.   While looking through his Facebook messages, Eddy told agents that a friend of his had been contacted by ATF agents before when one of the firearms he had bought came up in a crime in California.

55.   Agents asked who his friend was. Eddy responded, "Jeff."

56.   SA Ogg asked Eddy for clarification and Eddy stated Jeff's last name was GENTNER.

57. Eddy told the agents he met GENTNER through a Facebook group of Mohave county residents that bought and sold firearms.

58. Eddy clarified the group had been shut down by Facebook.

59. SA Menotti provided Eddy with her phone number.

60. Eddy advised he would let SA Menotti know if he figured out who purchased the second Glock.

61. Eddy later texted SA Menotti from XXX-XXX-2979 with two screen shots of "Dustin Hansen" and "William Penfold" from his Facebook Messenger.

62. Based on the dates SA Menotti determined Dustin Hansen had not purchased the firearm from Eddy.

**Search Warrant for 3725 Cimarron Drive, Bullhead City, AZ**

63. On February 13, 2019, ATF SA Menotti obtained a federal search warrant for 3725 Cimarron Drive, Bullhead City, Arizona 86442.

64. On February 14, 2019, ATF agents served the warrant at the residence.

65. Prior to the execution of the search warrant, agents observed GENTNER exit 3725 Cimarron Drive and leave in a white GMC Yukon SUV bearing Arizona license plate CLF4606.

66. Agents followed GENTNER until they observed GENTNER pull into his work location, Findlay Chevrolet Buick GMC located at 2565 Laughlin View Dr., Bullhead City, Arizona.

67. At approximately 0800 hours, ATF agents and officers initiated execution of the search warrant.

68. Agents clearly vocalized they were the police with a search warrant and any occupants of the house needed to open the door. No one answered or came to the door.

69. ATF agents checked the door to determine if it was locked. The door was locked so agents utilized a ram to enter the residence.

70. Once opened, the residence was searched for additional persons and secured for search team personnel.

71.   Before searching the residence, agents conducted a pre-search video of the residence to document the state of the residence before it was searched.

72.   Photos were taken during the course of the search.

73.   ATF SA Menotti provided GENTNER with a copy of the warrant, explained the warrant to him and left a copy of the warrant with him.

74.   A search of the residence was conducted and the following items were seized and later booked into ATF custody:

| Description | Evidentiary Item | Defendant No. |
|---|---|---|
| Sig Sauer Model P320, 9mm Caliber Pistol, SN: None recovered in GENTNER's firearm shop. | 000012 | 20 |
| Sig Sauer Model P320, 9mm Pistol, SN: None recovered in GENTNER's firearm shop. | 000013 | 16 |
| Ruger Model SR22, .22 Caliber Pistol, SN: 367-33419 recovered in master bedroom safe. | 000025 | 22 |
| Ruger Model 22/45 Lite, .22 Caliber Pistol, SN: 39104328 recovered in master bedroom safe. | 000026 | 23 |
| Glock Model 19, 9mm Pistol, SN: VRT802 recovered in master bedroom safe. | 000027 | 24 |
| Glock Model 34 Gen4, 9mm Pistol, SN: YSE298 recovered in master bedroom safe. | 000028 | 25 |
| F.N. Herstal Model Five-Seven, .57 Cal. Pistol, SN: 386355568 recovered in master bedroom safe. | 000029 | 26 |
| Springfield Armory Model 1911A1, .45 Cal. Pistol, SN: 216517 recovered in master bedroom safe. | 000030 | 27 |
| Glock Model 21, .45 Cal. Pistol, SN: UHZ708 recovered in master bedroom safe. | 000031 | 28 |
| FNH Model FNX-45 Tactical, .45 Caliber, SN: FX3U050399 recovered in master bedroom safe. | 000032 | 38 |
| Glock Model 43, 9mm Pistol, SN: ZZY669 recovered in master bedroom safe. | 000034 | 2 |
| CZ Scorpion Model EVO3S1, Unknown Caliber Pistol, SN: B792193 recovered in master bedroom safe. | 000035 | 4 |
| Glock Model 17 Gen4, 9mm Pistol, SN: UAB297 recovered in master bedroom safe. | 000036 | 5 |
| FNH Model 509, 9mm Pistol, SN: GKS0048186 recovered in master bedroom safe. | 000037 | 7 |
| Sig Sauer Model P320, 9mm Pistol, SN: 58A096138 recovered in master bedroom safe. | 000038 | 9 |

| Kimber Model Eclipse Custom 2, 10 Caliber Pistol, SN: KF35460 recovered in master bedroom safe. | 000039 | 10 |
| Sig Sauer Model 1911, .45 Caliber Pistol, SN: 54B045918 recovered in master bedroom safe. | 000040 | 11 |
| Novenske Rifle LLC, Model N4, .223 Caliber Pistol, SN: B10769 recovered in master bedroom safe. | 000041 | 12 |
| Century Arms International Model C39V2, Multi Caliber Rifle, SN: C39V2A28253 recovered in master bedroom safe. | 000042 | 13 |
| Mega Arms LLC, Model MATEN, Multi Caliber Rifle, SN: MA01787 recovered in master bedroom safe. | 000043 | 14 |
| Joe Bob Outfitters Model ML-15, Multi Caliber Rifle, SN: ML15 KS01574 recovered in master bathroom closet. | 000052 | 15 |
| Joe Bob Outfitters Model MI-15, Multi Caliber Rifle, SN: KS02006 recovered in master bathroom closet. | 000053 | 17 |
| Ruger Model 10-22, .22 Rifle, SN: 82050742 recovered in master bathroom closet. | 000054 | 18 |
| Savage Arms Model 93R17, 17 HMR Cal. Rifle, SN: 0934198 recovered in master bathroom closet. | 000057 | 19 |
| Oregon Arms Model Chipmunk Rifle, SN: 9660 recovered in master bathroom closet. | 000058 | 21 |

75.    SAs Menotti and Ogg left the residence to make contact with GENTNER at his work (Findlay Chevrolet GMC).

76.    Once there, agents executed the search of GENTNER's vehicle (GMC Yukon), and recovered the following items:

| Description | Evidentiary Item | Defendant No. |
| --- | --- | --- |
| FNH Model FNX-9, 9mm Pistol, SN: FX1U008820 recovered from the back of the vehicle. | 000002 | 1 |
| Winchester 12 GA Shotgun, SN: I2AZM02995 recovered from the back of the vehicle. | 000003 | 3 |
| Aero Precision, Lower Receiver, Multi CAL, SN: usmc0837 recovered from the back of the vehicle. | 000004 | 5 |
| Glock Model 21GEN4, .45 CAL Pistol, SN: SSA508 recovered from the back of the vehicle.508 | 000005 | 7 |
| Mossberg Model 590, 12 GA, SN: V0629035 recovered from the back of the vehicle. | 000006 | 9 |

77.   During the interview, agents recovered GENTNER's phone pursuant to the search warrant.

78.   At the conclusion of the search, agents conducted a post-search video to document the post-search state of the residence.

79.   SA Menotti provided GENTNER with an inventory of the items seized and explained to GENTNER what items were being seized and why they were seized.

80.   At approximately 1300 hours, agents assigned to the search team left the residence.

### ATF SAs Menotti and Ogg Interview with GENTNER

81.   On February 14, 2019, ATF Special Agents Menotti and Ogg conducted an interview of GENTNER in reference to his purchase of Glock conversion kits (machine guns), silencers and dealing in firearms without a license.

82.   Agents met GENTNER at GENTNER's work (Findlay Chevrolet Buick GMC) to conduct an interview.

83.   Agents advised GENTNER he was not under arrest, that he was free to leave at any time.

84.   Agents asked GENTNER if he recalled the last conversation he had with them in 2014.   GENTNER stated it was relating to him selling firearms on Facebook without a license.

85.   Agents advised GENTNER that they had some more questions for him since their last conversation in 2014.

86.   GENTNER stated, "I bought, sold, traded a lot of guns since then."

87.   SA Ogg reminded GENTNER that in 2014 he had been warned for dealing firearms without a license. GENTNER denied it being "dealing."

88.   GENTNER told agents his "thing" is building and customizing AR-15 and Glocks, which he then traded.

89.   GENTNER explained that he can build an AR-15 and people will trade him two "really cool" handguns.

90.   GENTNER denied it being a profit.

91.   GENTNER told agents he rarely sells a firearm for cash.

92.   GENTNER stated he usually trades firearms.

93.   GENTNER could not recall how many guns he had purchased or sold within a year.

94.   GENTNER stated he had not sold as many firearms lately because about 8-10 months ago, the Facebook group he was a member of shut down.

95.   Agents asked GENTNER if he would be surprised to find out that the firearms he sold were coming up in crimes in California and Mexico.

96.   GENTNER responded that he would be surprised because he really only sells to local people.

97.   SA Menotti asked GENTNER if he was running background checks. GENTNER stated, "No, I do not run background checks. I do not have the ability."

98.   SA Menotti asked, "Because you don't have an FFL?"   GENTNER responded, "Correct."

99.   SA Ogg explained to GENTNER the National Firearms Act and asked if GENTNER knew what an NFA weapon was and GENTNER stated he did.

100.  SA Ogg asked GENTNER if he owned any NFA firearms.   GENTNER claimed he did not.

101.  SA Ogg showed GENTNER a picture of a Glock switch (machinegun) and asked if GENTNER had ever seen one of them.

102.  GENTNER advised it was a plate on the back of a Glock that makes it select fire full auto.

103.  GENTNER stated he had seen one in real life.

104.  When agents asked GENTNER if he had ever owned a Glock switch, GENTNER stated that a few years back he received two of them that were "80 percent."

105.  GENTNER told agents he believed they were completely legal to own until he did some research, and he got rid of the two he owned.

106.   SA Ogg asked GENTNER where he got the Glock switches from. GENTNER advised they were from a guy who lived in Golden Valley or Kingman.

107.   GENTNER told agents he traded an AK for a handgun and a couple of the Glock kits.

108.   SA Menotti asked GENTNER to explain what the person looked like. GENTNER stated he was Hispanic, clean-cut, drove a Chrysler and worked at the jail.

109.   SA Ogg asked GENTNER if his name was Jose Barocio (Barocio). GENTNER responded it might have been Jose but the last name did not sound familiar.

110.   GENTNER told agents he believed the Facebook profile had his first name twice.

111.   GENTNER believed it was "Jose Jose".

112.   GENTNER explained he thought he traded his AK for a handgun plus one or two kits.

113.   GENTNER stated he did not put them on any of his guns because they were not finished.

114.   GENTNER explained that the sear would have to be filed down to make them finished.

115.   GENTNER did not know anybody else who may have purchased Glock switches.

116.   GENTNER advised the kits he received from Barocio did not have writing on the back they were plain black.

117.   The Glock switches were in three pieces.

118.   SA Ogg showed GENTNER another picture of Glock sears and GENTNER confirmed they were the same.

119.   GENTNER advised he did not sell them or put them on a gun. GENTNER advised he threw them in a dumpster to get rid of them because he knew they were illegal.

120.   GENTNER advised agents that about two years ago he started getting rid of any of his firearms that would be questionable. GENTNER explained that he got rid of the kits because he realized they were illegal and he did not want anyone asking questions in regards to his buying and selling firearms.

121.   GENTNER stated "I buy sell a lot of firearms, you guys know."

122.   SA Ogg asked GENTNER if he purchased a silencer from Jose Barocio, and GENTNER stated, "No."

123.   SA Ogg showed GENTNER a silencer and asked him if he purchased that from Barocio. GENTNER stated he had never purchased a silencer from Jose Barocio.

124.   GENTNER told agents he could just purchase a silencer with a tax stamp and own them legally.

125.   GENTNER stated, "I've never touched a silencer. I never, never done anything like that. That's not, to me, that's not a big deal. That's just get a tax stamp man and do it the legal way."

126.   SA Menotti asked GENTNER if he purchased something similar to the pictured (below) silencer and GENTNER advised he had "never touched anything like that."

127.



*Figure 3*                                *Figure 4*

128.   SA Ogg asked GENTNER if he had ever made an AR-15 auto. GENTNER replied, "Never."

129. SA Ogg showed GENTNER a picture of Kyron Tomlinson (Tomlinson) and asked GENTNER if he knew him. GENTNER stated he did know him and he hated him because Tomlinson had screwed him out of a lot of money.

130. SA Ogg asked GENTNER when he last spoke with Tomlinson, and GENTNER stated it was "a long time, probably over two years."

131. SA Ogg advised GENTNER that he did not believe that was true, and GENTNER changed his story.

132. GENTNER advised that Tomlinson had randomly messaged him recently, and he told Tomlinson that he did not want to deal with him.

133. SA Ogg asked GENTNER what happened during the deal that went bad with Tomlinson. GENTNER stated that Tomlinson "screwed me out of something."

134. GENTNER explained it was "possible" Tomlinson screwed GENTNER out of several Glocks switches in a deal. GENTNER advised he could not remember what he gave Tomlinson in the deal.

135. GENTNER advised he knew that Tomlinson had some kind of connection to Barocio, but Tomlinson didn't know GENTNER knew Tomlinson would be getting the Glock sears from Barocio.

136. GENTNER told agents that Tomlinson told GENTNER he would have them shipped in from Russia.

137. GENTNER stated he did not believe Tomlinson had the Glock switches shipped from Russia.

138. SA Ogg asked if GENTNER knew Tim Maslyk (Maslyk). GENTNER advised he did know him and that Masylk was a "straight forward dude."

139. GENTNER did not believe Maslyk had any full auto ARs or Glock switches.

140. GENTNER advised he believed Maslyk would know Barocio through the Facebook site. GENTNER provided agents with Maslyk's phone number as XXX-XXX-6198.

17

141. SA Ogg advised GENTNER that agents were currently conducting a Federal Search warrant at his residence.

142. GENTNER advised only him and his kids reside at his house located at 3725 Cimarron Drive, Bullhead City, Arizona.

143. SA Ogg asked GENTNER what agents would find at his residence. GENTNER stated there was nothing there.

144. SA Ogg then asked GENTNER what he did with the silencer. GENTNER insisted he did not get a silencer from Barocio.

145. GENTNER explained he purchased an "80 percent" silencer.

146. GENTNER described it as a kit that he got online that had disks you would have to drill through. The kit had disks, an outer housing and an end piece.

147. GENTNER advised agents he did not finish the silencer because there was a final piece he would have to purchase and it was hundreds of dollars.

148. GENTNER stated he threw the remaining parts of the silencer out in the trash.

149. During the search warrant at GENTNER's residence, agents discovered parts to a silencer.

150. SA Ogg asked GENTNER about it and GENTNER stated there were baffles to a silencer located in a box in his safe. GENTNER described the baffles as silver disks that would be stacked on top of each other.

151. SA Ogg asked if there was a serial number on it and GENTNER responded, "No."

152. GENTNER explained that the silencer was meant to be assembled, then you applied a tax stamp for a personalized serial number, then you would get it specially engraved.

153. SA asked GENTNER if he had done that. GENTNER stated, "No."

154. GENTNER further explained that silencers have come way down in price and that you could get a tax stamp for $200 and legally own it.

155. GENTNER advised he did not see a point in owning a silencer unless it was legal and you could shoot it when you wanted.

156. GENTNER told agents he could get a fully legal silencer for about the same prices as the illegal one he purchased.

157. Agents advised GENTNER that in a separate search warrant, they recovered an AR rifle that was fully automatic.

158. Agents further advised GENTNER that the firearm was purchased by him. GENTNER advised agents that he does not convert or sell fully auto machineguns.

159. Agents asked about David Eddy and GENTNER advised he is familiar with him.

160. GENTNER further advised that he and Eddy traded several firearms and Eddy was on the "up and up."

161. GENTNER advised that Eddy told GENTNER that agents had spoken with him recently about a firearm that showed up in a crime in California.

162. SA Menotti asked GENTNER if he still did AR builds and GENTNER stated, "Yeah I build AR-15s all the time."

163. SA Menotti asked how much GENTNER spent.  GENTNER explained he would wait for parts to go on sale and then buy them to build and wait for other parts to go on sale.

164. GENTNER stated "You build yourself a cheap AR-15. You build yourself a $400 AR-15 someone offers hey, you any AR-15s for trade? I got this, whatever Kimber, I got this 1911, sure I'll trade my $400 AR-15 that I build for your $800 gun sure."

165. SA Menotti then clarified that GENTNER up trades his AR builds for value.

166. GENTNER then stated, "And that's, that's why I build AR-15s is because people will trade you items that are worth more."

167. GENTNER advised AR-15s are good for trading.

168. Throughout the interview, GENTNER denied building full auto AR-15s and denied any full auto firearm would have come from him.

169. GENTNER advised he has not sold or traded any fully auto machineguns. GENTNER explained he did not have jigs and he builds ARs in his shop with basic tools.

170. GENTNER advised he does have the "jist" of how to convert ARs, but he also knows that is a fast way to lose your rights.

171. SA Ogg asked GENTNER about any other machineguns he destroyed. GENTNER advised he had a "pot metal lower" that had the holes drilled.

172. GENTNER explained that the holes had to be drilled as part of the full auto conversion process.

173. GENTNER further advised that he "cut up" and threw the lower in a dumpster because it was questionable by having drilled holes in the lower.

174. GENTNER was able to knowledgeably explain to agents the process of converting lower receivers into fully auto firearms.

175. Agents drove GENTNER across the parking lot to receive his vehicle, a GMC Yukon bearing Arizona tag CLF4606.

176. GENTNER requested agents drive back across the parking lot to execute the search warrant.

177. SA Ogg rode with GENTNER to the back of the parking lot while SA Menotti followed.

178. While SA Ogg interviewed GENTNER, SA Menotti searched GENTNER's vehicle pursuant to a Federal Search warrant.

179. GENTNER was provided a copy of the search warrant and a list of items taken.

180. During the interview, GENTNER's phone continued to receive messages.

181. The messages were viewable from the front screen and agents observed one of the messages was inquiring if GENTNER had any AR builds for sale.

182.   Through the interview, GENTNER appeared to be lying by changing his story, giving incomplete details, not being able to remember things, and using words such as "Probably", "I don't know", "suppose", "assume", and "80%."

183.   GENTNER would try to redirect the conversation and tell the agents he thought they were lying.

184.   Upon the completion of the interview, GENTNER provided agents with his phone numbers.

### ATF Agents Interview with Tim Maslyk

185.   On March 14, 2019, ATF Special Agents Menotti and Ogg responded to the residence of Tim Maslyk located at 1797 Coronel Drive, Bullhead City, Arizona 86442.

186.   Once at the address, agents made contact with Timothy Maslyk.

187.   Agents interviewed Maslyk in reference to his relationship with GENTNER and two firearms that were recovered during a federal search warrant at the residence of Jose Barocio.

188.   Agents identified themselves and asked Maslyk if he knew why they were at his residence and Maslyk advised he had "some idea."

189.   SA Menotti asked Maslyk to explain and he advised that he knew there were some people in Kingman that got "busted" for some "illegal shit."

190.   Maslyk explained the people he knew in Kingman was "Jose Jose" unknown last Name (Jose Barocio) who he had met on Facebook gun groups.

191.   Maslyk advised he met Barocio only once for a deal in Golden Valley where he traded Barocio a shockwave type weapon made by Remington (further identified as the firearm recovered in Barocio's residence, Remington Model 870, 12 gauge, firearm, SN: RF50558A).

192.   Maslyk advised he received a Glock 17 from Barocio. Later, after refreshing Maslyk's memory, Maslyk advised he traded a second firearm to Barocio. The second firearm (CZ Model CZ75 P-09, 9mm Pistol, SN: C388206) was traded for an AR pistol from Barocio.

193.   Maslyk did not believe he had ever done business with Barocio's family to include his brother Mario Barocio.

194.   SA Menotti asked if he knew of anyone else in town (referring to Bullhead City) and Maslyk advised "Jeff" and that he heard his door got busted in and "everything got taken."

195.   SA Menotti asked Maslyk what he could tell her about Jeff (GENTNER).

196.   Maslyk stated, "I know he has done a ton of fxxxxx deals with a ton of fxxxxxx people."

197.   Maslyk further advised GENTNER mentioned some "iffy stuff" to him. Agents asked what Maslyk meant by iffy stuff. Maslyk stated, "Glock parts, end plates."

198.   SA Menotti clarified that Maslyk was talking about Glock Switches/sears that make Glocks into full auto machineguns.

199.   Maslyk agreed that was what he meant.

200.   Maslyk explained GENTNER talked to him about making trades for Glock Switches but he didn't know if GENTNER ever completed the trades.

201.   Maslyk explained that GENTNER and he had a falling out approximately a year ago.

202.   SA Menotti asked if Maslyk had ever sold GENTNER firearms and Maslyk advised he had.

203.   SA Menotti asked if Maslyk believed GENTNER was selling firearms for a profit and Maslyk stated, "Not always for a profit but for a better deal."

204.   Maslyk advised he never had possessed or shot a Glock switch. Maslyk further advised that GENTNER had showed him a picture of a Glock Switch one time and GENTNER told Maslyk about shooting it in the desert.

205.   Maslyk explained that he lived with GENTNER for a time near the end of 2017.

206. SA Menotti asked if Maslyk knew if GENTNER ever possessed a silencer. Maslyk advised he knew GENTNER had talked about a kit where you could make your own silencer.

207. Maslyk further explained he had seen kits where you can order the baffles but you still have to "stamp it and register it just like an SBR."

208. GENTNER talked to Maslyk about getting one but Maslyk was unsure if he ever did.   Maslyk advised he had never touched a Glock switch, owned a Glock switch or ordered a Glock Switch.

209. SA Ogg asked how much of GENTNER's income came from firearm sales. Maslyk advised he did not know, but he (Maslyk) did know that GENTNER had a separate Chase account when he was with his ex (Ashley) that she did not know about.

210. SA Menotti later asked if GENTNER primarily used the account for his gun proceeds and Maslyk agreed.

211. Maslyk further advised that just from some pistol deals with Maslyk, GENTNER made "1400-1500 bucks."

212. Maslyk stated, "And that's just me. Imagine everybody else. So maybe, probably a couple thousand, three thousand, I don't know."

213. SA Ogg asked Maslyk how often he was making 2-3 thousand (per month/week, etc.).   Maslyk advised he was not exactly sure, but GENTNER was never really struggling for money.

214. Maslyk explained to agents that GENTNER would up trade his items to get more valuable items.

215. Maslyk described what he called GENTNER's "greatest trade."

216. Maslyk advised GENTNER purchased a Mossberg shotgun from him for approximately $200.

217. GENTNER then traded the Mossberg for a Remington Mini 14.

218. GENTNER then traded the Remington for a scooter, which he then traded the scooter for a trailer, ammo and "a bunch of gear."

219.  GENTNER was then able to sell the trailer for approximately $1000.

220.  Maslyk explained that when GENTNER was doing deals, he would both trade for other items and sell him firearms for cash.  SA Ogg asked Maslyk how many guns he had seen GENTNER sell.  Maslyk stated, "50-60," then further explained he was not on every deal that GENTNER made.

221.  SA Ogg asked Maslyk about GENTNER building firearms. Maslyk advised he had never seen GENTNER make anything "full auto" but had seen GENTNER make firearms in the past.

222.  SA Menotti asked Maslyk how many AR style firearms he thought GENTNER had made full auto. Maslyk advised he did not know anything about that.

223.  SA Menotti advised she did not believed Maslyk. Maslyk advised that GENTNER had "implied" he knew someone who could make them full auto AR.

224.  Maslyk further advised that he did not know if it was GENTNER who was making full auto ARs.

225.  Maslyk continued to affirm that he had never touched or sold any full auto firearms.

226.  Agents asked Maslyk if he had ever been the middleman in any NFA firearm deals. Maslyk advised approximately a year ago someone had texted him and asked about full auto firearms and Maslyk told the person that he knew someone he could get full auto firearms from.

227.  Maslyk clarified that he was referring to GENTNER as his full auto firearm source. Maslyk further advised that a deal was never reached because of the falling out between Maslyk and GENTNER.  Maslyk did not know who the buyer was and Maslyk no longer had the phone number.

228.  SA Ogg asked Maslyk if he had contacted GENTNER about the full auto AR and Glock switches. Maslyk advised he had never contacted him because it was during the time of their fall out. Maslyk further advised he had told the person who

1  texted him about the Glock switches because he knew GENTNER had one or two of

2  them.

3      229. Maslyk further explained that GENTNER had gotten Glock switches in a

4  trade from "Jose Jose" (Barocio).

5      230. Maslyk also advised that GENTNER had told him about going out to the

6  desert and shooting the full auto Glock.

7      231. Maslyk advised that GENTNER told him they (full auto Glock) were "bad"

8  to shoot.

9      232. Maslyk advised he did not know David Eddy.

10     233. Maslyk explained that he did know Tony McLean of Goliath Industries, a

11  FFL located in Fort Mohave, Arizona.

12     234. Maslyk advised he did not believe that McLean had a store front but he had

13  a shop in the back of his residence.

14     235. Maslyk described GENTNER and McLean's relationship as a friendship.

15     236. Maslyk further advised GENTNER had taught McLean how to build AR

16  firearms.

17     237. SA Menotti asked Maslyk if he had heard from GENTNER since the search

18  warrant at GENTNER's residence and Maslyk confirmed that GENTNER had called

19  him once to tell him about the search warrant.

20     238. Maslyk advised that GENTNER had told him that ATF agents were asking

21  about Maslyk during their interview with GENTNER.

22     239. SA Menotti provided Maslyk with a business card and Maslyk provided

23  agents with his phone number.

24                   **Search of the Records located on GENTNER's Phone**

25     240. ATF Special Agents Tiffany Menotti obtained a Federal Search warrant to

26  include a search of the phone in GENTNER's possession.

27     241. During the execution of the Search Warrant and subsequent interview,

28  agents recovered a Samsung Galaxy Note 8 owned by GENTNER.

242. ATF agents met with detectives at the Flagstaff Police Department and downloaded the contents of the device with the use of computer technology.

243. The following is a summary of the files located on GENTNER's Samsung Galaxy Note 8:

244. On April 8, 2019, SA Menotti completed a review of thousands of files located on the phone.

245. Many photographs were of multiple different types of firearms and firearm parts in various states of assembly.

246. Many of the photographs were of the firearms staged, as if for sale, in various positions and from different angles.

247. The different firearms were often posed on or inside the firearm cases/boxes they were purchased in.

248. Additionally, back drops were used while staging the firearms for photos, similar to how professional businesses would stage products for sale.

249. Below (Figures 1-7) are examples:



*Figure 1*



*Figure 2*



*Figure 3*



*Figure 4*




*Figure 5*                    *Figure 6*



*Figure 7*

250. SA Menotti also observed backgrounds of the firearms were consistent with areas observed in GENTNER's residence during the search warrant (i.e. consistent with GENTNER's kitchen counter).

251. The firearms found in Figures 1-4, like many of the pictured firearms on GENTNER's phone, were not located during the execution of the search warrant.

252. SA Menotti observed several photos in GENTNER's phone of firearms in various states of being built in what appeared to be a shop area. See Figures 8-9:




*Figure 8*                    *Figure 9*

27

253. SA Menotti located a video of GENTNER shooting an AR-15 variant machinegun. *Figure 10* is still shot from the video. The video shows GENTNER test firing the firearm in both semi-auto and full auto.


*Figure 10*

254. In between single shot test fire and when GENTNER is able to expel multiple rounds with one trigger pull, GENTNER is observed manipulating the side of the firearm where the selector switch is located.

255. SA Menotti also observed a video capturing a firearm that GENTNER is performing a trigger test on an AR style firearm.

256. SA Menotti noted in a photo (*Figure 11*) that a Glock 17 Gen 4 equipped with a piece consistent with a silencer on the front.


*Figure 11*

257. During the Federal Search warrant conducted at GENTNER's residence baffles and pieces to a silencer were located within a safe in GENTNER's room.

258. GENTNER also admitted in an interview that he had purchased and possessed a silencer.

259.  SA Menotti also observed on the rear of the Glock Slide a piece consistent with Glock Conversion devices (AKA sear, AKA Glock switches) recovered in a Federal Search warrant at the residence of Jose Barocio.

260.  Multiple photos of the tan/black Glock 17Gen4 firearm were observed both with silencer and switch installed and uninstalled.

261.  The photos were taken using the same backdrop observed in a multiple of GENTNER's firearm photos (woven placemat on granite counter consistent with GENTNER's kitchen counter).

262.  In two of the photos of the Glock without the silencer and switch installed, the fireams's serial number, VAB297, is observed. *Figures 14-15.*



*Figure 14*                    *Figure 15*

263.  Also visible are unique aftermarket accessories such as a red exterior safety located on the Glock trigger, a golden color Zev extended pistol magazine, and a black flared magazine well.

264.  The combination of these accessories observed across the figures make the firearm unique and identifiable as the same firearm found in GENTNER's residence.

265.  An additional image recovered from GENTNER's phone featured same Glock from a rear position where a Glock Switch is clearly visible. *Figure 12.*



*Figure 12*

266.   The switch read "ZEV" which is consistent with statements made between Barocio and his supplier in which Barocio was ordering Glock switches with logos including the "ZEV".

267.   SA Menotti was also able to read the serial number of the Glock from the Glock case in the background.   *Figure 13.*



*Figure 13*

268.   The serial number reads "VAB297".

269.   Also visible on the Glock case are the words, "17GEN4 Dark Earth."

270.   During the search warrant at GENTNER's residence, a tan/black Glock 17GEN4, 9mm handgun bearing Serial Number VAB297 was recovered (*Figure 16*)



*Figure 16*

271.   ATF Special Agent Menotti examined the Glock and observed there were marks consistent with a Glock sear being installed and fired on the slide and frame of the Glock (*Figure 17*).



*Figure 17*

272.   An additional photo of an all-black, unknown make/model Glock was also located on GENTNER's phone with what is consistent with a Glock Switch on the back plate of the firearm (*Figure 18*).



*Figure 18*

273.   SA Menotti also observed a photograph located on GENTNER's phone (*Figure 19*) appears to be an AR-15 variant machinegun receiver.

*Figure 19*

274.    SA Menotti noted that there is a small hole located above the selector switch that SA Menotti knows is common in AR-15 variant machineguns.

275.    During the examination of GENTNER's phone, SA Menotti also observed documents saved in GENTNER's phone related to the operation, maintenance, conversion and sale of firearms.

276.    Examples of these documents were operating manuals, assembly, diagrams/schematics, safety manuals, blank ATF multiple sales forms, blank firearm bill of sale, and step-by-step guides for the full auto conversion of firearms.

277.    The documents were specifically for a large variety of firearm calibers, including 9mm, .223 caliber, 10-22 and M4/M16.

278.    The documents also covered a variety of firearm manufacturers including Ruger, Colt, Sig Sauer and CZ Scorpion.

279.    SA Menotti also observed conversations through text messages between GENTNER and other persons related to the sale and trade of multiple firearms.

280.    The following persons and phone numbers were some of the persons in contact with GENTNER in reference to firearm sales:

    a.  "Mario" XXX-XXX5002;

    b.  Kevin Campbell XXX-XXX-5683;

    c.  Tony McLean XXX-XXX-1234; and,

    d.  Cody Leland Else XXX-XXX-7536.

281. GENTNER mentioned multiple times in conversations with his (GENTNER's) girlfriend, Michele Huggins, going to "Mohave Valley" and dealing with "Tony" (Tony McLean, owner of Goliath Industries FFL).

282. On October 14, 2018, GENTNER stated, "Our day is pretty good. Got some stuff done around the house. Be headed to Mohave Valley soon."

283. GENTNER and Huggins also had conversations in reference to GENTNER's firearm shop.

284. On August 3, 2018, GENTNER texted Huggins during a conversation and advised, "Well you know really the only reason I go to Mohave Valley is for Tony. And it takes like an hour round trip. So I only with Tony for about an hour trying to work some deals and make some money. I have to do something. This last couple of months has been very hard financially."

285. On October 21, 2018, GENTNER texted during a conversation with Huggins and stated, "The problem is having somewhere to work on the gun projects. That is how I make money. And I cannot work out in a shed. I would die."

286. On November 28, 2019, phone number XXX-XXX-5002 texted GENTNER asking about purchasing a Glock. When GENTNER asked, "Who is this." The phone number replied "Mario, I bought the 9 and the 380."

287. GENTNER and Mario continued to converse throughout the text conversations about the purchase/sale of multiple firearms.

288. On January 25, 2019, Tony McLean texted GENTNER and stated, "Hey bro. 9mm AR works great. What trigger is in mine? It went full auto. Lol."

289. GENTNER advised it was a Velocity drop in and stated, "Glad it worked well. Other than the full issue…"

290. McLean replied, "Yeah shot about 7 rounds. The 4 just went wild. Lol"

291. GENTNER advised he had never had a drop in trigger do that and McLean said, after shooting the gun again, "Work great this time. Maybe I bump fired it. Hahah."

292.     On February 2, 2019, McLean texted GENTNER, "How much ya need buddy? $1500 for the 3? To get started? Or more? Or less? Hahaaa."

293.     GENTNER replied, "Just as much as you can…somewhere in the $2000 range would give me enough to work with."

294.     On February 2, 2019, Mario texted GENTNER and stated, "Hey can u please call me I got some really big money for u if your up to it."

295.     On February 3, 2019, Mario texted GENTNER and advised he would be picking up the Glock and asked to meet up. GENTNER agreed.

296.     GENTNER also met McLean on February 3, 2019, per their text conversations.

297.     Also on February 3, 2019, GENTNER texted Cody Elser, "Ok. We could probably meet up sometime today. I can pick up the AR from you."  Elser also agreed to meet GENTNER.

298.     On February 10, 2019, GENTNER texted McLean and advised, "I have three lowers being sent to you."

299.     McLean confirmed he was getting back into town.

300.     On February 11, 2019, McLean texted GENTNER and advised his "parts" were there.

301.     GENTNER and McLean set up a pick up time.

**Administrative Notice**

302.     On March 25, 2019 ATF commenced administrative forfeiture.

303.     On April 17, 2019 GENTNER filed a claim in the administrative proceeding.

/ /

/ /

34

## FIRST CLAIM FOR RELIEF

304. The defendants *in rem* are subject to forfeiture pursuant to 18 U.S.C. § 924(d) as they are firearms or ammunition involved in a violation of engaging in the business of dealing in firearms without a license, 18 U.S.C. §§ 922(a)(1)(A) and 924(a).

DATED this 8th day of September, 2020.

MICHAEL BAILEY
United States Attorney
District of *Arizona*


*/S/ Mark J. Wenker*
MARK J. WENKER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s): **United States of America**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

**Defendant**(s): **FNH USA LLC FNX-9 Pistol CAL**

County of Residence: Maricopa

Plaintiff's Atty(s):

**Mark J. Wenker , Assistant United States Attorney**
**United States Attorney's Office**
**40 N. Central Ave., Ste. 1800**
**Phoenix, Arizona  85004**
**602-514-7500**

Defendant's Atty(s):

II. Basis of Jurisdiction:     **1. U.S. Government Plaintiff**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **N/A**
Defendant:- **N/A**

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **690 Other**

VI.Cause of Action:     **Forfeiture of property to the U.S. pursuant to 18 U.S.C. § 924(d).**

VII. Requested in Complaint

Class Action: **No**
Dollar Demand:
Jury Demand: **No**

VIII. This case **is not related** to another case.

**Signature:  /S/ Mark J. Wenker**

**Date:** <u>09/08/2020</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014

1
2

## <u>VERIFICATION</u>

3

  I, Tiffany Menotti, verify and declare under penalty of perjury that, I am a Special

4

Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives, that I have read the

5

foregoing Complaint for Forfeiture *In Rem* and know the contents, and that the matters

6

contained in the Complaint are true to my own knowledge, except that those matters

7

alleged upon information and belief and as to those matters, I believe them to be true.

8

  The sources of my knowledge and information and the grounds of my belief are the

9

official files and records of the United States, information supplied to me by other law

10

enforcement officers, as well as my investigation of this case.

11

  I verify and declare under penalty of perjury that the foregoing is true and correct.

12

  Executed on this __8__ day of September, 2020.

13
14
15

Tiffany Menotti, Special Agent
Bureau of Alcohol, Tobacco, Firearms and
Explosives

16
17
18
19
20
21
22
23
24
25
26
27
28